**DISMISS; and Opinion Filed June 5, 2013.**



# In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00662-CV

**FREDERICK GILANI, Appellant**
**V.**
**COMPASS BANK D/B/A BBVA COMPASS, Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-10916**

## MEMORANDUM OPINION
Before Justices O'Neill, Francis, and Fillmore
Opinion by Justice Fillmore

In a letter to appellant dated May 14, 2013, the Court questioned its jurisdiction over this appeal because it appeared appellant's notice of appeal was untimely. The Court requested that appellant file, within ten days, a brief addressing this jurisdictional issue. We cautioned appellant that failure to file a jurisdictional brief may result in the dismissal of his appeal without further notice. As of today's date, appellant has not filed a response.

In the absence of a post-judgment motion extending the appellate timetable, a notice of appeal is due thirty days after the judgment is signed. *See* TEX. R. APP. P. 26.1. Without a timely notice of appeal, this Court lacks jurisdiction. *See* TEX. R. APP. P. 25.1(b).

The final judgment in this case was signed on March 22, 2012. Appellant did not file a post-judgment motion extending the appellate timetable. Thus, the notice of appeal was due on

April 21, 2012. Appellant filed his notice of appeal on April 23, 2013, more than one year past the deadline. Because appellant did not file a timely notice of appeal, this Court lacks jurisdiction. *See* TEX. R. APP. P. 25.1(b). Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(a).

/Robert M. Fillmore/

ROBERT M. FILLMORE
JUSTICE

130622F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

FREDERICK GILANI, Appellant

No. 05-13-00662-CV    V.

COMPASS BANK D/B/A
BBVA COMPASS, Appellee

On Appeal from the 160th Judicial District
Court, Dallas County, Texas.
Trial Court Cause No. DC-10-10916.
Opinion delivered by Justice Fillmore.
Justices O'Neill and Francis, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, COMPASS BANK D/B/A BBVA COMPASS, recover its costs of this appeal from appellant, FREDERICK GILANI.

Judgment entered this 5th day of June, 2013.

/Robert M. Fillmore/

ROBERT M. FILLMORE
JUSTICE